SCOTT J. VIDA (SBN 106444)
LAWRENCE J. POLLAK (SBN 160478)
POLLAK, VIDA & FISHER
Attorneys at Law
11150 West Olympic Boulevard, Suite 980
Los Angeles, California 90064-1839
Telephone (310) 551-3400
Facsimile (310) 551-1036

6100.554

Attorneys for Plaintiff Allstate Insurance Company

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN RELIABLE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. 2:16-cv-00871-TLN-KJN<br>[Assigned to the Hon. Troy L. Nunley]<br><br>STIPULATION AND ORDER RE CHANGE OF HEARING DATE OF DEFENDANT'S MOTION TO DISMISS<br><br>Old Date: July 14, 2016<br>Time: 2:00 p.m.<br>Courtroom: 2, 15th Floor<br><br>NEW DATE: August 11, 2016<br><br>Complaint Filed: 4/26/2016 |

Plaintiff, Allstate Insurance Company, and Defendant, American Reliable Insurance Company, by and through their respective attorneys hereby stipulate that the hearing of Defendant, American Reliable Insurance Company's, Motion to Dismiss, which is currently scheduled for 2:00 p.m. on July 14, 2016, shall be heard instead on August 11, 2016 at a time to be determined by the Court. The date that Allstate's opposition brief must be filed with the court will remain unchanged: Allstate's brief must be filed by June 30, 2016. American Reliable shall have until

August 4, 2016 to file its reply brief. The reason for the stipulation is that the attorney who will appear for Allstate at the hearing, Lawrence Sher, will be in Chicago on vacation on July 14, 2016, and therefore will be unable to attend, and that no other attorney in his firm who is familiar with this lawsuit will be able to attend in his place.

June __15__, 2016          /s/ Scott J. Vida
SCOTT J. VIDA,
Counsel for Plaintiff
Allstate Insurance Company

June __15__, 2016          /s/ Thomas J. Moses
THOMAS J. MOSES,
Counsel for Defendant
American Reliable Insurance Company

The Court, having considered the stipulation above, orders that the hearing of Defendant, American Reliable Insurance Company's, Motion to Dismiss shall be held at __2:00__ p.m. on 8/11/16. The date that Allstate's opposition brief must be filed with the court will remain unchanged: Allstate's brief must be filed by June 30, 2016. American Reliable shall have until August 4, 2016 to file its reply brief.

IT IS SO ORDERED

Dated: June 16, 2016

_____
Troy L. Nunley
United States District Judge